In the United States District Court Of Maryland

Bryan C. Thompson
in the Case, et al.,
    Plaintiff.

        V.

Baltimore City detention Center
Declaration
in the Case, et al.,
Major Cleveland Friday, C.O. Ms. Curry,
C.O. Kenyatta Barrett, C.O. Ms. Jenine Dyer,
C.O. Smith, C.O. Dorsey,
    Defendants.

\* Declaration

\* Antione Mayo #3595113

\* Civil Action No. JKB-18-2186

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

FEB 0 1 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

* * * * * * * * * * * *

My name is Antione Mayo #3595113, and I am currently being housed at the North Branch Correctional Institution in Cumberland Maryland. I hereby declare:

On May 19th 2017, a incident had occured in the dorm over from me where alot of (C.O.'s) had to be called, I went to the dayroom in my dorm and was looking in the other dorm and I heard the C.O.'s/Officer's telling everyone to go back to there bed area and the inmates started going back to their bed area then out of know-where the door to the other dorm came open and the C.O.'s/Officer's rushed in and threw a inmate to the floor and they started kicking and punching him in the head and body, the officer's wasn't even tryna handcuff him (Continue on Next Page)

1 of 2

they was just beating him until he stop moving like he was unconscience. As the officer's brought inmate Thompson out of his dorm, they (officers) was dragging him by his arms while he was still on his knee's with blood running from his nose and mouth... So I Antione Mayo #3595113; asked the officer's "Why yall do that man like that, the officer's told me shut up bitch before we come in there and do you the same way" And I said yeah and and then the officer's opened my door to my dorm and came in and started throwing punches at me striking me in the face then I fell to the floor and they began kicking me in the head, another officer I don't know by name came and said thats enough and they handcuffed me and took me and inmate Thompson to the J.I. Building for medical treatment. Officer Dyer took pictures of me, I had to get several stitches in my chin by one of the doctor's in the medical department. Later that night me, Thompson, and several other inmates were sent to a Maximum Security Prison (NBCI)... We all was charged with violations and rule infraction and we been here at (NBCI) every since.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cumberland, Maryland on 1-24-2019

_Antione Mayo_
Signature