# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Northern Division Address

November 1, 2019

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

NOV 1 4 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Litigation Coordinator
Baltimore City Detention Center
401 E. Eager Street
Baltimore, Maryland 21202

Re: Civil Action No. 18-2186

Dear Litigation Coordiantor:

You have received a complaint for each of the defendants listed below and an Order which requires you to inform this Court as to whether you are accepting or refusing services on behalf of the defendants listed below. Please inform this Court within twenty-one (21) days from the date of this letter by checking the applicable response below and returning a copy of this letter to the Pro Se Unit, United States District Court, Room , 101 W. Lombard Street, Baltimore, MD 21201, and to Assistant Attorney Stephanie Lane-Weber, Correctional Litigation Unit, 200 St. Paul Place, Baltimore, MD 21202. In the event you have any questions of this Court, or if the pleadings you received are incomplete, please contact the Pro Se Docket Clerk at (410) 962-2600.

| DEFENDANTS | DATE ACCEPTED | DATE REFUSED |
|---|---|---|
| Major Cleveland Friday | October 11, 2018 | |
| Sergeant Porter | | November 7, 2019 |
| Officer Curry | | November 7, 2019 |
| Officer Dorsey | | November 7, 2019 |
| Officer Smith | | November 7, 2019 |
| Officer Jenine Dyer | December 12, 2018 | |
| Officer Kenyatta Barrett | October 11, 2018 | |
| Sergeant Porter | | November 7, 2019 |

Your anticipated cooperation will help to expedite service of process and the progress of civil cases in this Court.

Sincerely,
FELICIA C. CANNON, CLERK

By: _____ J. Byrd _____
Deputy Clerk

Accepted and Received by: _[signature]_ Ce Calloway
Litigation Coordinator
Assistant Attorney General
Counsel for Friday, Dyer and Barrett

November 1, 2019
Date

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov