___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 14 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Dear Clerk, Ms. Cannon,     11·7·19

My Name is Bryan C. Thompson, #458837-2337381. I am still located at the Jessup Correctional Institution (J.C.I.)... Civil Case Number (JKB-18-2186). I am writing you because I filed a Motion to Appoint Counsel, I amended My Complaint, and sent several exhibits to the Courts as well. I am housed in a location where My Attacker's frequently work and handle My Mail. I would like to know if you recieved any or all Of My filings to the Court? If its permitted, Can you send Me a list of everything I sent to you and the Courts please. I truely thank you for your time and Consideration Ms. Cannon. Please respond back so I take the proper steps to make sure My Mail is being protected.

Sincerely

Bryan C. Thompson
P.O. Box 534
Jessup, Maryland. 20794
(J.C.I.)
458877-2337381