IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRYAN C. THOMPSON,

    Plaintiff,

v.                                       Civil Action No.: JKB-18-2186

MAJOR CLEVELAND FRIDAY,
OFFICER JENINE DYER,
OFFICER KENYATTA BARRETT,

    Defendants.

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is, by the United States District Court for the District of Maryland, hereby ORDERED:

1. The motion to dismiss (ECF 29) filed on behalf of defendant Major Cleveland Friday and Officer Jenine Dyer IS DENIED;

2. Plaintiff's motion to appoint counsel (ECF 26) IS DENIED without prejudice;

3. Within 21 days of the date of this Order, counsel for defendants Friday, Dyer, and Barrett SHALL FILE UNDER SEAL the last known business addresses, or personal addresses if no longer employed by the Division of Correction, of the following defendants:

    a. Sgt. Porter (last employed at Baltimore City Detention Center, or JCI pre-trial building);
    b. Officer Curry (female, Baltimore City Detention Center);
    c. Officer Dorsey (African American male, member of TAC team);
    d. Officer Smith (male, member of TAC team);
    e. Lt. Kevin Hickson ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    f. Lt. Eric Pulley ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    g. Officer Adirimo Jones ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    h. Officer Michael Ritenour ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    i. Officer Carlos Thomas ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    j. Officer Christian Lewis ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    k. Officer Lance Hathaway ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    l. Officer Stephen Pearson ("involved" in May 19, 2017, incident (ECF 28-2 at 1));
    m. Officer Jerry Suber ("involved" in May 19, 2017, incident (ECF 28-2 at 1));

    n. Officer Shae Martin ("involved" in May 19, 2017, incident (ECF 28-2 at 1)).

4. Upon receipt of the addresses, the Clerk IS DIRECTED to issue a sealed summons as to each defendant;

5. The U.S. Marshal IS DIRECTED to effectuate service of process, **in person**, on the unserved defendants at the address provided under seal;

6. All documents referencing defendants' last known addresses SHALL BE PLACED UNDER SEAL; and

7. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum Opinion and a copy of this Order to Plaintiff and counsel for defendants.

Dated this 4 day of December, 2019.

FOR THE COURT:

James K. Bredar
Chief Judge